Case 08-71157   Doc 43   Filed 08/29/08   Entered 08/29/08 09:17:54   Desc Main
Document      Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RICHARD C. TEGLIA, JR. & JUDITH L. TEGLIA        Case Number: 08-71157
845 CRABTREE LANE            SSN-xxx-xx-2679 & xxx-xx-9286
CARY, IL  60013

Case filed on:   4/16/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | EMCC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | RICHARD C. TEGLIA, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 14,044.53 | 14,044.53 | 0.00 | 0.00 |
| 002 | BENEFICIAL/HFC | 9,000.00 | 9,000.00 | 0.00 | 0.00 |
| 003 | LAUREN NEWMAN, THOMPSON CORBURN | 233,737.51 | 0.00 | 0.00 | 0.00 |
| 005 | WACHOVIA MORTGAGE | 43,898.89 | 29,000.00 | 0.00 | 0.00 |
| 006 | WACHOVIA MORTGAGE | 13,254.82 | 9,000.00 | 0.00 | 0.00 |
| 033 | CHRYSLER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 313,935.75 | 61,044.53 | 0.00 | 0.00 |
| 004 | NATIONAL CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSET ACCEPTANCE CORP | 75.46 | 75.46 | 0.00 | 0.00 |
| 008 | FIA CARD SERVICES aka BANK OF AMERICA | 14,893.99 | 14,893.99 | 0.00 | 0.00 |
| 009 | BENEFICIAL | 9,373.52 | 9,373.52 | 0.00 | 0.00 |
| 010 | BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | LVNV FUNDING LLC | 362.79 | 362.79 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 3,987.83 | 3,987.83 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 1,759.53 | 1,759.53 | 0.00 | 0.00 |
| 016 | CITY OF CHICAGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | DFS SERVICES LLC | 6,127.47 | 6,127.47 | 0.00 | 0.00 |
| 019 | WORLD FINANCIAL NETWORK NATIONAL BANK | 168.41 | 168.41 | 0.00 | 0.00 |
| 021 | GEMB / QVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HLZG / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | LVNV FUNDING LLC | 1,323.76 | 1,323.76 | 0.00 | 0.00 |
| 025 | CHASE BANK USA NA | 407.88 | 407.88 | 0.00 | 0.00 |
| 026 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROUNDUP FUNDING LLC | 1,242.48 | 1,242.48 | 0.00 | 0.00 |
| 030 | MONITRONICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | LVNV FUNDING LLC | 492.44 | 492.44 | 0.00 | 0.00 |
| 032 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,342.00 | 1,342.00 | 0.00 | 0.00 |
| 035 | BENEFICIAL | 66,847.84 | 66,847.84 | 0.00 | 0.00 |
| 036 | WORLD FINANCIAL NETWORK NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | LVNV FUNDING LLC | 1,981.41 | 1,981.41 | 0.00 | 0.00 |
| 038 | LVNV FUNDING LLC | 3,987.83 | 3,987.83 | 0.00 | 0.00 |
| 039 | LVNV FUNDING LLC | 8,672.06 | 8,672.06 | 0.00 | 0.00 |
| 040 | LAW OFFICE OF BRADLEY H FOREMAN | 18,853.36 | 18,853.36 | 0.00 | 0.00 |
| 041 | LAUREN NEWMAN, THOMPSON CORBURN | 190,484.76 | 190,484.76 | 0.00 | 0.00 |
| 042 | LAUREN NEWMAN, THOMPSON CORBURN | 882,177.00 | 882,177.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,214,561.82 | 1,214,561.82 | 0.00 | 0.00 |
|  | Grand Total: | 1,528,497.57 | 1,275,606.35 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $0.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008　　　　　　　By  /s/Heather M. Fagan